E-Filing

CHRISTOPHER F. STOLL (Bar No. 179046)
CELIA M. JACKSON (Bar No. 124508)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: christopher.stoll@hellerehrman.com
Email: celia.jackson@hellerehrman.com

Attorneys for Plaintiff
SI CORPORATION

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SI CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, THE STANDARD FIRE INSURANCE COMPANY and AMERICAN MANUFACTURER'S MUTUAL INSURANCE COMPANY,<br><br>Defendants. | Case No.: C-04-4771 VRW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Hon. Judge Vaughn Walker |

Plaintiff SI Corporation ("SI") and Defendants Fireman's Fund Insurance Company ("FFIC"); The Standard Fire Insurance Company, an affiliate of St. Paul Travelers Company ("Travelers"); and American Manufacturer's Mutual Insurance Company, a member of the Kemper Insurance Companies ("AMM"), through and by their undersigned attorneys, hereby agree and stipulate to the following:

WHEREAS, the Court's Order of April 26, 2005 referred this matter to private mediation to be completed by June 30, 2005;

WHEREAS, the Court's Order of April 26, 2005 set the Further Case Management Conference in this matter for July 12, 2005 at 9:00 a.m., if such mediation did not resolve this matter;

WHEREAS, the Court's Order of April 26, 2005 set a deadline of July 8, 2005 for the parties to complete a Joint Case Management Statement;

WHEREAS, the private mediation was held before the Honorable Rebecca Westerfield (Ret.) on June 28, 2005;

WHEREAS, prior to the mediation, one party reached a settlement with SI, subject to reducing the terms to writing, and at the mediation, the other parties reached a tentative resolution with SI, subject to certain further client approvals;

WHEREAS, the parties believe that they will reach final settlements with SI, resolving SI's claims in this matter, by August 15, 2005;

NOW, THEREFORE, all parties hereby stipulate and respectfully request that the Court issue an Order as follows:

(1) The parties shall file a Joint Case Management Statement on or before August 11, 2005, or on such other date as the Court may set based on its calendar; and

(2) The Further Case Management Conference shall be continued to August 16, 2005, at 9:00 a.m., or to such date as the Court may set based on its calendar.

| | | |
|---|---|---|
| 1 | DATED: June 30, 2005 | HELLER EHRMAN LLP |
| 2 | | |
| 3 | | By /s/ Christopher F. Stoll |
| 4 | | |
| 5 | | Christopher F. Stoll<br>Attorneys for Plaintiff |
| 6 | | SI CORPORATION |
| 7 | DATED: June 30, 2005 | CARLSON, CALLADINE & PETERSON LLP |
| 8 | | |
| 9 | | |
| 10 | | By _____ |
| 11 | | Michael Cooper |
| 12 | | Attorneys for Defendant<br>FIREMAN'S FUND INSURANCE COMPANY |
| 13 | | |
| 14 | DATED: June 30, 2005 | MORISON-KNOX HOLDEN MELENDEZ & |
| 15 | | PROUGH, LLP |
| 16 | | |
| 17 | | By _____ |
| 18 | | |
| 19 | | Alison F. Green<br>Attorneys for Defendant |
| 20 | | THE STANDARD FIRE INSURANCE COMPANY |
| 21 | DATED: June 30, 2005 | TRESSLER SODERSTROM MALONEY & PRIESS |
| 22 | | |
| 23 | | |
| 24 | | By _____ |
| 25 | | Mary E. McPherson |
| 26 | | Attorneys for Defendant<br>AMERICAN MANUFACTURER'S MUTUAL |
| 27 | | INSURANCE COMPANY |
| 28 | | |

DATED: June 30, 2005					HELLER EHRMAN LLP


By _____

Christopher F. Stoll
Attorneys for Plaintiff
SI CORPORATION

DATED: June 30, 2005					CARLSON, CALLADINE & PETERSON LLP


By _____ [signature]

Michael Cooper
Attorneys for Defendant
FIREMAN'S FUND INSURANCE COMPANY

DATED: June 30, 2005					MORISON-KNOX HOLDEN MELENDEZ & PROUGH, LLP


By _____

Alison F. Green
Attorneys for Defendant
THE STANDARD FIRE INSURANCE COMPANY

DATED: June 30, 2005					TRESSLER SODERSTROM MALONEY & PRIESS


By _____

Mary E. McPherson
Attorneys for Defendant
AMERICAN MANUFACTURER'S MUTUAL
INSURANCE COMPANY

---

3
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE,
CASE NO. C 04-4771 VRW

| | | |
|---|---|---|
| 1 | DATED: June 30, 2005 | HELLER EHRMAN LLP |
| 2 | | |
| 3 | | By _____ |
| 4 | | |
| 5 | | Christopher F. Stoll<br>Attorneys for Plaintiff |
| 6 | | SI CORPORATION |
| 7 | DATED: June 30, 2005 | CARLSON, CALLADINE & PETERSON LLP |
| 8 | | |
| 9 | | |
| 10 | | By _____ |
| 11 | | Michael Cooper |
| 12 | | Attorneys for Defendant<br>FIREMAN'S FUND INSURANCE COMPANY |
| 13 | | |
| 14 | DATED: June 30, 2005 | MORISON-KNOX HOLDEN MELENDEZ &<br>PROUGH, LLP |
| 15 | | |
| 16 | | |
| 17 | | By _/s/ Alison F. Greene_____ |
| 18 | | Alison F. Greene |
| 19 | | Attorneys for Defendant |
| 20 | | THE STANDARD FIRE INSURANCE COMPANY |
| 21 | DATED: June 30, 2005 | TRESSLER SODERSTROM MALONEY & PRIESS |
| 22 | | |
| 23 | | |
| 24 | | By _____ |
| 25 | | Mary E. McPherson |
| 26 | | Attorneys for Defendant<br>AMERICAN MANUFACTURER'S MUTUAL |
| 27 | | INSURANCE COMPANY |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED: June 30, 2005 | HELLER EHRMAN LLP |
| 2 | | |
| 3 | | By _____ |
| 4 | | |
| 5 | | Christopher F. Stoll<br>Attorneys for Plaintiff |
| 6 | | SI CORPORATION |
| 7 | DATED: June 30, 2005 | CARLSON, CALLADINE & PETERSON LLP |
| 8 | | |
| 9 | | |
| 10 | | By _____ |
| 11 | | Michael Cooper |
| 12 | | Attorneys for Defendant<br>FIREMAN'S FUND INSURANCE COMPANY |
| 13 | | |
| 14 | DATED: June 30, 2005 | MORISON-KNOX HOLDEN MELENDEZ &<br>PROUGH, LLP |
| 15 | | |
| 16 | | |
| 17 | | By _____ |
| 18 | | Alison F. Green |
| 19 | | Attorneys for Defendant<br>THE STANDARD FIRE INSURANCE COMPANY |
| 20 | | |
| 21 | DATED: June 30, 2005 | TRESSLER SODERSTROM MALONEY & PRIESS |
| 22 | | |
| 23 | | By /s/ Mary E. McPherson |
| 24 | | |
| 25 | | Mary E. McPherson<br>Attorneys for Defendant |
| 26 | | AMERICAN MANUFACTURER'S MUTUAL<br>INSURANCE COMPANY |
| 27 | | |
| 28 | | |

3

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE,

## ORDER

Good cause appearing and pursuant to the parties' stipulation, IT IS ORDERED as follows:

1. The Case Management Conference presently scheduled for July 15, 2005, is continued to _August 16_, 2005. at 9:00 a.m.

2. The parties' Joint Case Management Conference Statement shall be filed no later than _August 9_, 2005.

DATED: 0 6 JUL 2005

The Honorable Vaughn R. Walker
United States District Judge